[No. 49479-5-II.   Division Two.   July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JARQUEICA IMAN HICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 16-1-00646-7, Jennifer A. Forbes, J., entered September 30, 2016. *Remanded with instructions* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 49516-3-II.   Division Two.   July 25, 2017.]

LISA BARTON, *Appellant*, v. DR. STEVEN SANDIFER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 16-2-00618-1, Carol Murphy, J., entered September 30, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Lee, J.